**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **GREGORY D. BROWN,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:26-cv-122** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **COLUMBUS COLLEGIAL REVIEW BOARD, *et al*.,** | : | **MAGISTRATE JUDGE SHIMEALL** |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**OPINION & ORDER**

On July 31, 2026, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 10), recommending that the Columbus Collegial Review Board be **TERMINATED** from the docket, as it is no longer named as a party to the case. Mr. Browns's objection was due August 14, 2026. (*Id.*). Mr. Brown was specifically advised of his right to object to the Report and Recommendation within fourteen days and of the consequences of his failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. The Columbus Collegial Review Board is hereby **TERMINATED** from the docket of this case.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED: October 5, 2026**